[No. 16378-4-III.    Division Three.    March 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BEN OLIVER OLES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01203-4, Richard J. Schroeder, J., entered January 10, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16541-8-III.    Division Three.    March 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LEE BOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-1-00298-8, Donald W. Schacht, J., entered March 31, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 15690-7-III.    Division Three.    March 12, 1998.]

JAMES D. TEETER, ET AL., *Respondents*, v. JETT-AERO, INC., ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-2-00735-8, F. James Gavin, J., entered March 18, 1996. *Affimed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16170-6-III.    Division Three.    March 12, 1998.]

*In the Matter of the Custody of* DAVID JAMES HOOPER.

DEBORAH L. MILLER, *Petitioner*, v. DAVID L. HOOPER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88-5-00606-2, Richard J. Schroeder, J., entered October 9, 1996. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.